THE STERLING IRON AND ZINC COMPANY, appellant,

*v.*

THE SPARKS MANUFACTURING COMPANY, respondent.

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *Beach* v. *Sterling Iron and Zinc Co., 9 Dick. Ch. Rep. 65.*

*Mr. Charles L. Corbin* and *Mr. Charles D. Thompson,* for the appellant.

*Mr. Thomas N. McCarter,* for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, GARRISON, GUMMERE, LIPPINCOTT, LUDLOW, VAN SYCKEL, BOGERT, DAYTON, HENDRICKSON, NIXON—11.

*For reversal*—None.